UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN CHRISTOPHER BUTLER,

                Plaintiff,

       -v.-

RAVI SURIA,

                Defendant.

17 Civ. 3077 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiff's letter, dated June 18, 2020, reporting that the parties have been unable to resolve their disagreements concerning the purported breach of their settlement agreement and requesting leave to seek the entry of a judgment against Defendant. (Dkt. #129). The Court is also in receipt of Defendant's letter opposing the entry of judgment against him and requesting that a briefing schedule be set. (Dkt. #130). The Court hereby adopts the following briefing schedule: Plaintiff shall file a letter brief in support of the entry of judgment against Defendant, not to exceed ten pages in length, on or before July 2, 2020; Defendant shall file a letter brief in opposition, not to exceed ten pages in length, on or before July 16, 2020; and Plaintiff shall file a reply letter, not to exceed three pages in length, on or before July 23, 2020.

SO ORDERED.

Dated:    June 19, 2020
              New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge