UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CHRISTOPHER BUTLER,<br><br>      Plaintiff,<br><br>    -v.-<br><br>RAVI SURIA,<br><br>      Defendant. | 17 Civ. 3077 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Plaintiff's letters dated July 2, 2020, and July 23, 2020, in support of a motion for an entry of judgment. (Dkt. #132, #134). The Court has also received Defendant's letter in opposition, dated July 16, 2020. (Dkt. #133). It is the Court's intention to resolve this motion on the parties' submissions. For that reason, if either party seeks to provide additional factual or legal support to supplement their submissions, they may do so on or before August 3, 2020.

SO ORDERED.

Dated:  July 30, 2020
      New York, New York

                       KATHERINE POLK FAILLA
                         United States District Judge