UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN CHRISTOPHER BUTLER,

                  Plaintiff,

   -against-                                  17 **CIVIL** 3077 (KPF)

## JUDGMENT

RAVI SURIA,

                  Defendant.
-------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 31, 2020, Plaintiff's motion for entry of judgment in the amount of $135,000, plus $1,560.82 in prejudgment interest, is GRANTED.

**Dated:** New York, New York

        August 31, 2020

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                             **BY:**

                                                      **Deputy Clerk**