UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CHRISTOPHER BUTLER,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>RAVI SURIA,<br><br>                    Defendant. | 17 Civ. 3077 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's motion for, and papers in support of, turnover pursuant to Fed. R. Civ. P. 69(a) and the appointment of a receiver. (Dkt. #145-47).  The Court is also in receipt of Mr. Lonny's motion to withdraw as counsel for Defendant.  (Dkt. #144).  The Court would like to discuss both motions with the parties and their counsel before requiring any further briefing or filings with respect to either motion.  Therefore, the parties are hereby ORDERED to appear for a telephonic conference to discuss these two motions on November 24, 2020, at 2:00 p.m.  At the scheduled time, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note that the conference will not be available until 2:00 p.m.

        SO ORDERED.

Dated:    October 29, 2020
          New York, New York

                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge