UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN CHRISTOPHER BUTLER,

                Plaintiff,

-v.-

RAVI SURIA,

                Defendant.

---

17 Civ. 3077 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    At a conference dated November 19, 2020, Defendant Ravi Suria's former counsel, Mr. Levitz, stated on the record that — at a time while still acting as counsel for Mr. Suria — Mr. Levitz received the N.Y. C.P.L.R. § 5222 restraining notice on behalf of Mr. Suria and forwarded it by email to Mr. Suria, who confirmed receipt of the notice on the record.  Based on these representations on the record, the Court deems the restraining notice issued to Mr. Suria effective as of October 6, 2020, at the latest.  Furthermore, Mr. Suria is admonished to comply with the language of N.Y. C.P.L.R. § 5222 and the oral directives of the Court at the November 19, 2020 conference.

    SO ORDERED.

Dated:    November 20, 2020
              New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge