UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JOHN CHRISTOPHER BUTLER, | |
|---|---|
| Plaintiff, | |
| -v.- | 17 Civ. 3077 (KPF) |
| RAVI SURIA, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

    As specified on the record on May 13, 2021, and for the reasons explained on the record, Plaintiff's motion for turnover is GRANTED in part and DENIED in part, Plaintiff's motion for the appointment of a receiver is GRANTED, and Plaintiff's motion to have himself appointed as receiver is DENIED. As discussed on the record, the parties are to meet and confer regarding the appointment of an appropriate receiver and shall provide a joint status update on or by May 28, 2021. After the appointment of a receiver, the Court will set schedule for the turnover of Defendant's assets. The Clerk of Court is directed to terminate the motion pending at docket entry 145.

    SO ORDERED.

Dated:    May 13, 2021
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge