

# The Law Offices of Avrum J. Rosen

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
arosen@ajrlawny.com

AVRUM J. ROSEN
‑‑‑‑‑‑‑‑‑‑‑‑

DEBORAH L. DOBBIN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)



September 2, 2021

VIA ECF & E-Mail

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York   10007

Re:  Butler v. Suria, 17-cv-03077(KPF)

Dear Judge Failla:

      The undersigned is the duly retained receiver in this action.  I am pleased to report to the Court that after my letter request for permission to bring a contempt motion and related relief that the defendant has wired into my IOLA account the total amount of $156,425.98.  This sum represents the judgment with accrued interest of $7,448.86 and the 5% proposed receiver fee of $7,448.86.  I have waived any counsel fees for drafting the letter request.

      As a result, the letter request is hereby withdrawn.  I will distribute the funds to the plaintiff and will be  filing a final report together with a request to award the aforementioned fees.

      Thank you.

                                    Very truly yours,

                                    s/*Avrum J. Rosen*

Enc
Cc: counsel for all parties

The Court is in receipt of the above letter dated September 2, 2021, withdrawing the letter motion at docket number 173.  The Clerk of Court is directed to terminate the pending motion at docket number 173.

Dated:    October 20, 2021         SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE